IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KARINA REYES SOLIS, | No. CIV.S-05-00084 GEB DAD PS |
|     Plaintiff, | |
|   v. | ORDER |
| INS, | |
|     Defendant. | |
| _____/ | |

      By prior order, plaintiff, who is proceeding pro se, was directed to show cause in writing why this case should not be dismissed for lack of subject matter jurisdiction. Plaintiff responded to the order to show cause on June 29, 2005 by requesting "this Honorable Court to dismiss the case for no further proceedings, in absentia for dismissal." Pursuant to Federal Rule of Civil Procedure 41(a)(1), plaintiff's request, which the court has construed as a request for dismissal, shall be granted.

/////

/////

1

1  Accordingly, IT IS HEREBY ORDERED that this action is
2  dismissed.
3  DATED: August 2, 2005.

DAD:th
DDad1\orders.prose\solis0084.vol.dism

DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE